### 4240. DAVIS v. BLOUNT & Co.

RUSSELL, J. Upon all the substantial issues, the finding of the judge of the superior court (who tried the case without the intervention of a jury), being supported by some evidence, is, so far as this court is concerned, conclusive, and the judge of the superior court did not err in overruling the certiorari.        *Judgment affirmed.*

DECIDED FEBRUARY 18, 1913.

Certiorari; from Johnson superior court—Judge Hawkins.  May 3, 1912.

*E. L. Stephens,* for plaintiff in error.

*B. B. Blount,* contra.